UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00539-D

| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CLAIM OF RAMON L. LYON |
| $115,413.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOW COMES RAMON L. LYON who hereby claims an interest in the property that is the subject of this action and contests the forfeiture of said property. RAMON L. LYON hereby gives notice that, upon information and belief, he is the owner of all of the above-listed property in the caption of this action.

WHEREFORE, RAMON L. LYON contests the forfeiture of the claimed property and demands the restoration of any and all of his property rights and the right to defend this action.

Respectfully submitted, this the 30th day of November, 2020.

PRUDEN LAW, PLLC

/s/ William C. Pruden
William C. Pruden
N.C. State Bar # 52690
1052 Mills Street
Raleigh, NC 27608
(252) 339-3355 (TEL)
(984) 214-8640 (FAX)
william.pruden@prudenlawfirm.com
*Attorney for Claimant*

## VERIFICATION

Ramon Lee Lyon attests and declares under penalty of perjury that he is the Claimant in the above-entitled action; that he has read the foregoing CLAIM and knows the contents thereof; and, that the same is true of his own knowledge.

This the 24th day of November, 2020.

*[signature]*

Ramon Lee Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Matthew Fesak.

This the 30th day of November, 2020.

/s/ William C. Pruden
William C. Pruden