IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00539-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $115,413.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO STAY DISCOVERY**

For good cause having been shown upon the unopposed motion to Stay Discovery until the Court renders its decision on Claimant's pending Motion to Dismiss Forfeiture *In Rem* [DE-25], it is hereby

ORDERED that the motion is granted.

SO ORDERED, this \_\_\_1\_\_\_ day of November, 2021.

JAMES C. DEVER III
United States District Judge