IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-539-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $115,413 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 21, 2021, Ramon L. Lyon ("Lyon" or "claimant") moved to dismiss plaintiff's amended complaint for forfeiture [D.E. 25] and filed a memorandum in support [D.E. 25-1]. On July 12, 2021, plaintiff responded in opposition [D.E. 28]. On July 21, 2021, claimant replied [D.E.29]. On August 23, 2021, with the court's permission [D.E. 31], plaintiff filed a surreply [D.E. 30-2].

Having reviewed the amended complaint, the motion, the briefs, and the governing law, the court DENIES claimant's motion to dismiss [D.E. 25].

SO ORDERED. This _18_ day of November, 2021.

JAMES C. DEVER III
United States District Judge