IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-00539-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $115,413.00 IN U. S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Plaintiff's motion to stay discovery and for good cause shown, it is hereby

ORDERED that the motion is ALLOWED and discovery is STAYED pending the disposition of Claimant's motion to suppress [DE-43] and such further Order of the Court, except that the government's previously-served written discovery requests are exempted from the operation of the stay such that Claimant is required to answer that discovery and the Government may seek to compel answers to the extent Claimant fails to do so or the responses provided are inadequate.

SO ORDERED. This the __3__ day of ~~September~~ October, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE