IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-539-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $115,413.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's motion to extend discovery and for good cause shown, it is hereby

ORDERED that the motion is ALLOWED and the discovery deadlines set forth in the Court's Order dated May 22, 2023 [DE-77] are EXTENDED by a period of ninety (90) days, resulting in the following new deadlines:

- All discovery shall be completed by February 22, 2024.

- Disclosures of expert testimony under Rule 26(a)(2) shall be due by January 11, 2024, and from any rebuttal expert by February 8, 2024.

- The parties shall be allowed until January 11, 2024, to join additional parties or to amend the pleadings.

- All potentially dispositive motions shall be filed by March 21, 2024.

SO ORDERED. This the 17 day of October, 2023.

JAMES C. DEVER III
United States District Judge