IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00539-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| $115,413.00 IN U.S. CURRENCY, | ) UNITED STATES' MOTION SANCTIONS |
| Defendant, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to Federal Rule of Civil Procedure 37(b)(2), respectfully moves this Court to sanction Claimant Ramon Lyon for flouting his discovery obligations, including a direct order from the Court compelling production of overdue discovery. Specifically, Claimant failed to provide any (much less "complete") responses to the Government's Second Set of Interrogatories and Requests for Production of Documents by October 6, 2023, as required by this Court's September 21, 2023 Order [DE-81].

A Memorandum of Support of this Motion is filed herewith.

*[Remainder of page intentionally left blank.]*

Respectfully submitted, this 18th day of October, 2023.

                                      MICHAEL F. EASLEY, JR.
                                      United States Attorney

                                      BY: /s/ Matthew L. Fesak
                                            MATTHEW L. FESAK
                                      Assistant United States Attorney
                                      Civil Division
                                      150 Fayetteville Street, Ste. 2100
                                      Raleigh, NC 27601-1461
                                      Telephone: (919) 856-4530
                                      Facsimile: (919) 856-4821
                                      E-mail: matthew.fesak@usdoj.gov
                                      NC State Bar No. 35276
                                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I do hereby certify that I have this 18th day of October, 2023, served a copy of the foregoing United States' Motion for Sanctions upon the below-listed counsel electronically via CM/ECF:

William C. Pruden, Esq.
Email: William@prudenfeldmannlaw.com

Chad E. Axford, Esq.
Email: ceaesq@hotmail.com
*Attorneys for Claimant Ramon Lyon*

        MICHAEL F. EASLEY, JR.
        United States Attorney

        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Ste. 2100
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar No. 35276
        Attorney for Plaintiff