UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>) | **JUDGMENT IN A CIVIL CASE** |
| v. )<br>) | **CASE NO. 5:20-CV-539-D** |
| )<br>$115,413.00 IN US CURRENCY, )<br>)<br>)<br>Defendant. )<br>)<br>RAMON L. LYON, )<br>)<br>Claimant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered April 3, 2024, the motion for sanctions [DE 84] is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the court AWARDS attorneys' fees to the United States from Lyon in the amount of $1,213.00.

**This Judgment Filed and Entered on May 17, 2024, and Copies To:**

All counsel of record as listed in this matter (via CM/ECF electronic notification)

DATE: May 17, 2024        PETER A. MOORE, JR., CLERK

                          (By)  /s/ Stephanie Mann
                          Deputy Clerk