UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-539(D)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$115,413.00 IN US CURRENCY,<br>Defendant<br>RAMON LEE LYON,<br>Claimant - Defendant, | ORDER GRANTING<br>STATUTORY SURCHARGE |

This matter is before the Court on the United States' motion for assessment of a statutory surcharge pursuant to 28 U.S.C. § 3011(a). [D.E. 121]. The Court has reviewed the Government's motion, any response, and the applicable law. For good cause shown, and for the reasons explained by the Government in its motion, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendant Ramon Lee Lyon shall pay the United States an additional $121.30, for a total debt of $1,334.30. The United States is authorized to collect that total debt amount in accordance with applicable law.

SO ORDERED. This 10 day of September, 2024.

JAMES C. DEVER III
United States District Judge

1