UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:20-CV-539-D** |
| $115,413.00 IN US CURRENCY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| RAMON L. LYON, ) | |
| ) | |
| Claimant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Ramon Lee Lyon shall pay the United States an additional $121.30, for a total debt of $1,334.30. The United States is authorized to collect that total debt amount in accordance with applicable law.

This Judgment filed and entered on September 10, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

September 10, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk