UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-539(D)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| $115,413.00 IN US CURRENCY,<br>    Defendant<br>RAMON LEE LYON,<br>    Claimant - Defendant, | )<br>)<br>)<br>)<br>) |
| STATE EMPLOYEES' CREDIT UNION,<br>    Garnishee. | )<br>) |

## ORDER

This matter is before the Court on the United States' States' Motion to Direct Garnishee to Open Defendant's Safe Deposit Box and Provide an Accounting to the Court. [D.E. 138]. The Court has reviewed the Government's motion, any response, and the applicable law. For good cause shown, and for the reasons explained by the Government in its motion, the Court GRANTS the motion and hereby ORDERS as follows:

1. State Employees' Credit Union shall open the safe deposit box leased in the name of Ramon Lee Lyon, by use of reasonable and customary methods, including drilling the box if deemed necessary.

2. State Employees' Credit Union shall render an accounting of the contents of the Defendant's safe deposit box.

3.  State Employees' Credit Union shall file with the Court a sworn accounting of the contents found in the Defendant's safe deposit box and provide a copy of that accounting to the United States.

SO ORDERED. This the **30** day of **October**, 2024.

_____
JAMES C. DEVER III
United States District Judge