UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:20-CV-539-D** |
| $115,413.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| RAMON L. LYON, ) | |
| ) | |
| Claimant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the plaintiff's motion for summary judgment [D.E. 133] and STRIKES claimant's third verified claim [D.E. 106]. Plaintiff may file a motion for costs in accordance with the Federal Rules of Civil Procedure and the court's local rules. The clerk SHALL close the case.

This Judgment filed and entered on March 12, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

March 12, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk